VOL. 81, JANUARY TERM, 1921.            151

Everglades S. & L. Co. et al. v. Broward Drain Dist.—Decision of Court.

EVERGLADES SUGAR & LAND COMPANY, A CORPORATION;
EVERGLADE LAND SALES COMPANY, A CORPORATION, AND
EVERGLADES LAND COMPANY, A CORPORATION, *Appellants*,
v. NAPOLEON B. BROWARD DRAINAGE DISTRICT, A DRAIN-
AGE DISTRICT CREATED, ORGANIZED AND EXISTING UNDER
AND BY VIRTUE OF CHAPTER 7430, LAWS OF FLORIDA, AND
ACTS AMENDATORY THERETO, *Appellee.*

Decision Filed February 11, 1921.

An Appeal from a Decree of the Circuit Court within
and for the County of Broward; E. B. Donnell, Judge.

*Hudson, Wolfe & Cason* and *Clair S. Vallette,* for Ap-
pellants.

*Atkinson & Burdine* and *Glenn Terrell,* for Appellees.

PER CURIAM.—This cause having been heretofore sub-
mitted to the Court upon the transcript of the record of
the decree aforesaid, and argument of counsel for the re-
spective parties, and the record having been seen and in-
spected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court
that there is no error in the said decree; it is, therefore,
considered, ordered and adjudged by the Court that the
said decree of the Circuit Court be, and the same is here-
by, affirmed.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND ELLIS, J. J.,
AND JONES, CIRCUIT JUDGE, concur.

WEST, J., disqualified.